UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE),<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. FOSSUM, JR.,<br><br>Defendant. | CASE NO. C20-1868-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed her complaint in this matter on December 30, 2020. (Dkt. No. 1.) The Clerk of Court issued a summons addressed to Defendant on January 5, 2021. (Dkt. No. 2.) Defendant has not appeared in this matter. Plaintiff has not filed any document indicating that Defendant has been served as required by Federal Rule of Civil Procedure 4(c) or that Plaintiff has requested that Defendant waive service pursuant to Federal Rule of Civil Procedure 4(d). Accordingly, the Court cannot determine whether Defendant has been served.

Rule 4(m) requires Plaintiff to effect service upon Defendant within 90 days after the complaint is filed. More than 90 days have elapsed since Plaintiff filed her complaint. Plaintiff is

hereby ORDERED TO SHOW CAUSE why this case should not be dismissed by filing documents showing that Defendant has been properly served. *See* Fed. R. Civ. P. 4(m). If the Court does not receive proof of service on or before July 29, 2021, it will dismiss the case against Defendant without prejudice. *See id.*

DATED this 8th day of July 2021.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER
C20-1868-JCC
PAGE - 2